No. 09M77. Ernest Miller, Petitioner v. California.

559 U.S. 1002, 130 S. Ct. 1933, 176 L. Ed. 2d 359, 2010 U.S. LEXIS 2627.

March 22, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

No. 09M78. Winford Kent Bishop, Petitioner v. Departmental Disciplinary Committee for the First Judicial Department.

559 U.S. 1003, 130 S. Ct. 1933, 176 L. Ed. 2d 359, 2010 U.S. LEXIS 2562.

March 22, 2010. Motion for leave to proceed in forma pauperis with the declaration of indigency under seal denied.

No. 09M79. Dale Stephen Rodabaugh, Petitioner v. Patricia L. Vazquez, Warden.

559 U.S. 1002, 130 S. Ct. 1933, 176 L. Ed. 2d 359, 2010 U.S. LEXIS 2558.

March 22, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

No. 09M80. Joseph Kalman, Petitioner v. Fox Rothschild, L.L.P., et al.

559 U.S. 1002, 130 S. Ct. 1933, 176 L. Ed. 2d 359, 2010 U.S. LEXIS 2609.

March 22, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

No. 1, Original. State of Wisconsin, et al., Plaintiffs v. State of Illinois and Metropolitan Sanitary District of Greater Chicago, et al.

No. 2, Original. State of Michigan, Plaintiff v. State of Illinois and Metropolitan Sanitary District of Greater Chicago, et al.

No. 3, Original. State of New York, Plaintiff v. State of Illinois and Metropolitan Sanitary District of Greater Chicago, et al.

559 U.S. 1003, 130 S. Ct. 1934, 176 L. Ed. 2d 359, 2010 U.S. LEXIS 2604.

March 22, 2010. Renewed motion of Michigan for preliminary injunction denied.

No. 09-350. Los Angeles County, California, Petitioner v. Craig Arthur Humphries, et ux.

559 U.S. 1003, 130 S. Ct. 1934, 176 L. Ed. 2d 359, 2010 U.S. LEXIS 2668.

March 22, 2010. Motion of petitioner to dispense with printing the joint appendix granted.